**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| | ) | **1:20-cv-00114-TBM-RPM** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **AGRI-AFC, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff, United States Equal Employment Opportunity Commission ("EEOC") and Defendant Agri-AFC, LLC ("Agri"), (collectively "The Parties") file this Joint Motion for Entry of Consent Decree. In support of this Motion, the Parties state that they have negotiated, resolved, and settled all matters at issue in this litigation, as evidenced by their signatures on the Consent Decree that will be submitted to the Court via electronic mail pursuant to Local Rule 7(b)(2)(F). The parties believe the Consent Decree is fair, adequate, and reasonable and consistent with the public interest. Due to the nature of this motion, the Parties request that they are relieved of the obligation of submitting a supporting memorandum required by Local Rule 7(b)(4).

WHEREFORE, PREMISES CONSIDERED, the EEOC and Agri respectfully request that this Court approve and enter the Consent Decree and that it retain jurisdiction during the term of the Consent Decree to enforce the terms and conditions set forth therein.

Date: May 18, 2021

45492630 v1

Respectfully submitted,

**MARSHA L. RUCKER**
Regional Attorney
PA Bar No. 90041

**GERALD L. MILLER**
Supervisory Trial Attorney
AL Bar No.: ASB-1454-E52G

*/s/ Kurt Fischer*
**KURT FISCHER**
Trial Attorney
AL Bar No.: ASB-9772-R72F

**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION**
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
Phone: (205) 651-7034
Facsimile: (205) 212-2041
kurt.fischer@eeoc.gov

**HARRIETT OPPENHEIM**
Senior Trial Attorney
(MS Bar No  103149)

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
Dr. A. H. McCoy Federal Building
100 W. Capitol Street, Suite 338
Jackson, MS  39269
(205) 651-7028
harriett.oppenheim@eeoc.gov

**Attorneys for Plaintiff EEOC**

45492630 v1

*/s/ John P. Kavanaugh, Jr.*
John P. Kavanaugh, Jr.
jkavanaugh@burr.com
(MS #9499)
H. William Wasden, *admitted pro hac vice*
bwasden@burr.com
(AL Bar No. ASB-4276-S82H)
BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, AL 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

Dent M. Morton, *admitted pro hac vice*
(AL Bar No. ASB-6341-N77D)
dmorton@burr.com
BURR & FORMAN LLP
420 20th Street North, Suite 3440
Telephone: (205) 458-5208
Facsimile: (205) 244-5688

**Attorneys for Defendant**
**Agri-AFC, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2021, I filed the foregoing with the Clerk of Court using

the CM/ECF system, which will electronically send notification of the filing to all attorneys of

record.

*/s/ Kurt Fischer*
Kurt Fischer