IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EQUAL EMPLOYMENT**        **PLAINTIFF**
**OPPORTUNITY COMMISSION**

**VERSUS**        **CAUSE NO. 1:20-cv-114-TBM-RPM**

**AGRI-AFC, LLC**        **DEFENDANT**

## FINAL JUDGMENT

On June 29, 2021, the Court approved and entered a Consent Decree in this case. The parties having agreed to and announced to the Court a resolution of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the agreement, and the Court being desirous that this matter be finally closed on its docket, this case is CLOSED.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties. The Court will retain jurisdiction over this lawsuit for the purpose of enforcing the Consent Decree.

**SO ORDERED AND ADJUDGED** this the 29th day of June, 2021.

_____
TAYLOR B. McNEEL
United States District Judge